# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **STENNIE MEADOURS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. H – 04 – 102** |
| | § | |
| **STEVEN R. ERMEL, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, Plaintiffs' claims against

Defendant City of La Porte are **DISMISSED WITH PREJUDICE**.  *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 10th day of August, 2005.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE


**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.**